## UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------------------------X
TABACOS DE WILSON, INC;                                            :
TOBACCO RAG PROCESSORS, INC.;                                      :
BROWN-USA, INC.;                                                   :
NIPPON AMERICA GROUP/OKURA USA INC.;                               :
SKATE ONE CORPORATION; ALLIANCE                                    :
INTERNATIONAL, CHB, INC.;                                          :
C.J. HOLT & COMPANY, INC.;                                         :
CUSTOMS ADVISORY SERVICES, INC.                                    :
                                                                   :
          Plaintiffs,                                              :
                                                                   :   SUMMONS  18-cv-00059
             v.                                                    :
                                                                   :
UNITED STATES OF AMERICA, U.S. CUSTOMS                             :
& BORDER PROTECTION, STEVEN T.                                     :
MNUCHIN, in his official capacity as Secretary of the              :
Treasury, and KEVIN K. McALEENAN, in his                           :
official capacity as Commissioner, U.S. Customs &                  :
Border Protection,                                                 :
                                                                   :
          Defendants.                                              :
-------------------------------------------------------------------X
```

**TO:** The Above-Named Defendants:

You are hereby summoned and required to serve on Plaintiffs' attorney, whose name and address are set out below, an answer to the Complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                 /s/Mario Toscano
                 Clerk of the Court

/s/ John M. Peterson
  John M. Peterson
Signature of Plaintiffs' Attorney      Name, Address, Telephone Number and E-mail
                    Address of Plaintiffs' Attorney

                  John M. Peterson
                  NEVILLE PETERSON LLP
                  One Exchange Plaza
                  55 Broadway, Suite 2602
                  New York, NY 10006
                  (212) 635-2730
March 23, 2018            jpeterson@npwny.com