UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| TABACOS DE WILSON, INC;<br>TOBACCO RAG PROCESSORS, INC.;<br>BROWN-USC, INC.;<br>NIPPON AMERICA GROUP/OKURA USA INC.;<br>SKATE ONE COPORATION; ALLIANCE INTERANTIONAL, CHB, INC.;<br>C.J. HOLT & COMPANY, INC.;<br>CUSTOMS ADVISORY SERVICES, INC.<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA, U.S. CUSTOMS & BORDER PROTECTION, STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury, *and* KEVIN K. McALEENAN, in his official capacity as Commissioner, U.S. Customs & Border Protection,<br><br>          Defendants. | Court No. 18-00059 |

**ORDER**

On consideration of the parties' proposed briefing schedule, it is hereby ORDERED that:

(1) Defendants shall file their response to plaintiffs' application for a preliminary injunction on or before April 13, 2018;

(2) Defendants' shall file their anticipated motion to dismiss in response to the complaint on or before April 13, 2018;

(3) Plaintiffs' shall file their reply to the motion to dismiss on or before April 23, 2018; and

(4) If necessary, the Court will schedule a hearing or oral argument regarding the various motions on or before May 7, 2018.

Dated: March 27, 2018
New York, New York

/S/    Jane A. Restani
          Judge