**ERRATA**

<u>Tabacos de Wilson, Inc. v. United States</u>, No. 18-00059, Slip Op. 18-81, dated June 29, 2018.

Please make the following change:

- Page 10, footnote 6: Delete the double brackets surrounding the numbers.

June 29, 2018